JS-6

```
                                    FILED
                           CLERK, U.S. DISTRICT COURT

                                 11/2/2016

                         CENTRAL DISTRICT OF CALIFORNIA
                         BY: ____CW____ DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, etc., et al., ) ) ) | CASE NO.  CV 15-9645 MWF (PJWx) |
| Plaintiffs, ) ) | ORDER TO DISMISS WITH PREJUDICE |
| v. ) ) | |
| LOS GATOS  CONSTRUCTION CO., INC.,etc., et al., ) ) ) | Before The Honorable Michael W. Fitzgerald |
| Defendants. ) ) _____) | |

**GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED** that the

Plaintiff's Complaint be Dismissed With Prejudice in its entirety.

Dated: November 2, 2016

THE HONORABLE MICHAEL W. FITZGERALD
U.S. DISTRICT JUDGE